JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM LEATHERLY, | Case No. SACV 15-00284-CAS (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| STATE OF CALIFORNIA, JERRY BROWN, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 25, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE